**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**PAMELA COPLEY,**

    **Plaintiff,**

v.                                               Case No.  8:07-cv-2100-T-30TGW

**ROBERT WHITE, individually as an**
**executive of FPIC, et al.,**

    **Defendants.**
_____/

## ORDER

THIS CAUSE comes before the Court upon Defendants' Partial Motion to Dismiss (Dkt. 17), and Plaintiff's Response to the same (Dkt. 28).  Defendants have moved for dismissal of Counts 3-6 of Plaintiff's Amended Complaint.  In response, Plaintiff has agreed to withdraw Counts 3-6 of her Amended Complaint with prejudice.

It is therefore ORDERED AND ADJUDGED that:

1.     Defendants' Partial Motion to Dismiss is **GRANTED**.

2.     Counts 3-6 of Plaintiff's Amended Complaint are **DISMISSED with prejudice**.

**DONE** and **ORDERED** in Tampa, Florida on May 2, 2008.

_/s/ James S. Moody, Jr._
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2007\07-cv-2100.mtd counts 3-6.frm